COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| LARRY JOE MORGAN,<br>TDCJ No. 1847262, | § | No. 08-18-00103-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 83rd District Court |
| | § | |
| DOCTOR TALLEY and SAMUEL B.,<br>ITIE, FNP, in their Individual and Official<br>Capacity, | § | of Pecos County, Texas |
| | | (TC# P-7867-83-CV) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes we lack jurisdiction over Appellant's appeal from the order naming him a vexatious-litigant and ordering him to furnish security by a date certain to proceed with his case. We therefore dismiss that part of the appeal for lack of jurisdiction. We further conclude there was no error in the trial court's prefiling order prohibiting Appellant from filing any new litigation in a court of this State without first obtaining permission from a local administrative judge. We therefore affirm that part of the appeal.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF MARCH, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.